No. 94–7054.   MCCALL v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari dismissed under this Court's Rule 46.